IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,            No. 2:04-cr-0019-MCE-JFM (HC)

  vs.

RODNEY BUTLER,

    Movant.                <u>ORDER TO SHOW CAUSE</u>

_____/

       Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On October 11, 2011, the court directed respondent to file an answer within thirty days of the date of the order. That thirty day period has passed and respondent has not responded to the court order.

       Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order respondent shall show cause why sanctions should not be imposed for the failure to timely file a response to the petition. Also within that ten-day period, respondent shall respond to movant's October 11, 2011 notice of wrongful characterization.

DATED: December 7, 2011.

                                              UNITED STATES MAGISTRATE JUDGE

/014;butl2500.osc

1